LLOYD J. HOSFORD, as Administrator of the Estate of REGINA M. HOSFORD, Deceased, Appellant, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. LLOYD J. HOSFORD, as Administrator of the Estate of LLOYD A. HOSFORD, Deceased, Appellant, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. SAMUEL PERDICHO et al., as Administrators of the Estate of ANTOINETTE PERDICHO, Deceased, Appellants, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. LLOYD J. HOSFORD, as Administrator of the Estate of LLOYD R. DECKER, Deceased, Appellant, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. LLOYD J. HOSFORD, as Administrator of the Estate of REGINA M. HOSFORD, Deceased, Appellant, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent.

Submitted November 14, 1955; decided November 17, 1955.

*Benjamin H. Siff* for motion.
*James M. Ryan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.